### THE PEOPLE *vs.* WILLIAM WINTERS.

A husband has no right to beat his wife or to inflict corporal punishment upon her; but he may defend himself against her, and may restrain her from acts of violence towards himself or towards others.

The prisoner was indicted for an assault and battery on his wife. It appeared on the trial that the prisoner attempted to correct one of his children, and that his wife interfered and made such a noise as to alarm the neighborhood. She testified that he struck her on the head with his hand, and bruised her severely.

*C. Nichols,* for the prisoner, contended that the husband had a right to give his wife moderate correction.

*J. Palmer,* (District Attorney,) for the people.

WALWORTH, *Circuit Judge,* said a husband has no right to beat his wife or to inflict punishment upon her. But he may defend himself against her, and may restrain her from acts of violence towards himself or towards others, for he is accountable for her acts which injure others.

The jury being satisfied by other testimony that the prisoner had done nothing more than was necessary to defend himself in this case, rendered a verdict of *not guilty*